JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROOZ SABZEHROO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | Case No.: 2:20-cv-10615-AFM<br><br>~~(Proposed)~~<br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the parties on March 16, 2022, IT IS HEREBY ORDERED that Plaintiff's causes of action against the Defendant CAPITAL ONE BANK (USA), N.A. are dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 16, 2022

_____
Honorable Alexander F. MacKinnon
United States Magistrate Judge